IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:05 cr 257

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| OSVALDO CALDERON TORRES, ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** came on before the undersigned pursuant to Government's Motion to Dismiss Petition and Warrant (#113) that was issued by the undersigned on October 1, 2015 in response to a Petition (#111) that had been filed by the United States Probation Office alleging that Defendant had violated terms and conditions of his supervised release. It appears from the Government's motion that Defendant and a person who had been arrested in Lawrence, Massachusetts were not in fact the same person and the Petition should be dismissed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Government's Motion to Dismiss Petition and Warrant (#113) is **ALLOWED** and the Petition (#111) alleging that Defendant had violated terms and conditions of his supervised release is hereby **DISMISSED**.

Signed: October 28, 2015

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge